Charles G. BUTLER, Appellant,

v.

STATE of Missouri, Respondent.

WD 79666

Missouri Court of Appeals, Western District.

ORDER FILED: July 5, 2017

Susan L. Hogan, District Defender, and Jeannette L. Wolpink, Assistant Appellate Defender, Kansas City, MO, Attorneys for Appellant.

Joshua D. Hawley, Attorney General, and Robert J. (Jeff) Bartholomew, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Lisa White Hardwick and Edward R. Ardini, Jr., Judges

### Order

Per Curiam:

Mr. Charles G. Butler appeals from the Judgment of the Circuit Court of Clay County, Missouri, denying his Rule 29.15

amended motion for post-conviction relief, based on ineffective assistance of trial counsel, after an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).